EDWARD J. QUINTAL, HENRY C. STEVENS and JOSEPH DANNENBERG, as Trustees in Bankruptcy of CONSOLIDATED FACTORS CORPORATION, Bankrupt, v. MANUFACTURERS TRUST COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

ARC ELECTRIC CONSTRUCTION CO., INC., v. COMMERCIAL CASUALTY INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs, and stay vacated. Present — McAvoy, Townley, Untermyer, Dore and Cohn, JJ.

JOHN J. SULLIVAN, INC., v. BROOKLYN NATIONAL BANK OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer and Cohn, JJ.

EDWARD H. TOWNSEND v. 120 EAST 75TH STREET, INC.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

EDMUND L. SCHOLTZ and BLANCHE P. SCHOLTZ v. ALFRED C. BLUMENTHAL.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

WILLIAM F. BOWEN, as Administrator, etc., of LEONARD ISAAC LONG, Deceased, v. LEHIGH VALLEY RAILROAD COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

WILLIAM BROWN v. ERWIN GOLD.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs, and defendant's time to answer extended until five days after service of order, with notice of entry. Present — McAvoy, Townley, Untermyer, Dore and Cohn, JJ.

JOSEPH A. BRODERICK, as Superintendent of Banks, etc., v. ROBERT ADAMSON and Others, W. WALLACE LYON and GERALD CLOKEY, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.; Cohn, J., takes no part.

MARTIN C. ANSORGE v. ALBERT P. ARMOUR.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with ten dollars costs. Present — McAvoy, Townley, Untermyer, Dore and Cohn, JJ.

GLORIA DEBEVOISE SPRECKELS, an Infant, etc., v. ADOLPH SPRECKELS, JR.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with ten dollars costs, and defendant's time to appear generally extended until ten days after service of order with notice of entry thereof. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

HELEN A. LENEHAN v. THE COMMERCIAL TRAVELERS MUTUAL ACCIDENT ASSOCIATION OF AMERICA.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.